```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK CIVIL LIBERTIES UNION,

                Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY, *et al.*,

                Defendants.

No. 09 Civ. 3595 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's letter, dated April 23, 2009, proposing a briefing schedule in regard to Plaintiff's contemplated motion for a preliminary injunction. The Court will hold a pre-motion conference on Wednesday, April 29, 2009 at 3:15 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    April 27, 2009
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE