UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09
```

NEW YORK CIVIL LIBERTIES UNION,

                  Plaintiff,

-v-

NEW YORK CITY TRANSIT AUTHORITY, *et al.*,

                  Defendants.

No. 09 Civ. 3595 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendant, dated May 15, 2009. The Court hereby alters the schedule set forth in its previous order, dated April 27, 2009, as follows:

    Expedited discovery relevant to Plaintiff's contemplated motion for a preliminary injunction should be completed no later than May 15, 2009.

    Plaintiff's amended complaint should be filed no later than May 27, 2009.

    Plaintiff's motion for a preliminary injunction should be filed no later than May 29, 2009.

    Defendants' opposition, and cross-motion, should be filed no later than June 17, 2009.

    Plaintiff's reply, and opposition to Defendant's cross-motion, should be filed no later than June 26, 2009.

    Defendant's reply should be filed no later than July 7, 2009.

SO ORDERED.

Dated:    May 15, 2009
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE